

# Missouri Court of Appeals
## Southern District

**June 28, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33858

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             JOSEPH ALLEN SMILEY, SR.,
             Defendant-Appellant.